1  JEFFREY S. BOSLEY (CA State Bar No. 167629)
     jeffbosley@dwt.com
2  JULIA BRODSKY (CA State Bar No. 266177)
     juliabrodsky@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
4  San Francisco, California  94111
   Telephone:    (415) 276-6500
5  Facsimile:    (415) 276-6599

6
   Attorneys for Defendant
7  CORPORATION SERVICE COMPANY (erroneously
   sued as "California Service Company")

8

9

10

11                   UNITED STATES DISTRICT COURT

12                  EASTERN DISTRICT OF CALIFORNIA

13

14

15  KASHONDA LAWSON,                    | Case No. 2:16-CV-00990-MCE-EFB

16                 Plaintiff,           | **STIPULATION AND ORDER
                                        | EXTENDING TIME TO FILE AND
17        vs.                           | SERVE RESPONSIVE PLEADING**

18  CALIFORNIA SERVICE COMPANY, PAUL    | Assigned to the Hon. Morrison C. England,
    VITELLI, SHERRI GEBHART, SUSIE      | Jr.
19  HUDSON, and DOES 1 THROUGH 50,

20                 Defendants.          | Action Filed: May 10, 2016

21

22

23

24

25

26

27

28

## **RECITALS**

WHEREAS, on or about May 10, 2016, Plaintiff KASHONDA LAWSON ("Plaintiff") filed a Complaint against Defendant CORPORATION SERVICE COMPANY (erroneously sued as "California Service Company") ("Defendant") in the above-referenced matter;

WHEREAS, Defendant was served with the Complaint on or about August 8, 2016;

WHEREAS, on August 23, 2016, prior to Defendant's deadline to file a responsive pleading, Plaintiff granted Defendant a 14-day extension to file and serve Defendant's responsive pleading, until September 12, 2016;

WHEREAS, Plaintiff and Defendant agree that they will not be prejudiced by an additional extension of time for Defendant to file its responsive pleading;

WHEREAS, the Court has not previously granted any extensions of time to respond in this matter; and

WHEREAS, the parties agree that the time for Defendant to respond to the Complaint should be extended through and including September 26, 2016.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

## STIPULATION

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendant, through their respective counsel of record, as follows:

The time for Defendant to respond to Plaintiff's Complaint shall be extended through and including September 26, 2016.


DATED:  September 17, 2016            DAVIS WRIGHT TREMAINE LLP
                                     JEFFREY S. BOSLEY
                                     JULIA BRODSKY


                                     By: /s/ Jeffrey S. Bosley
                                                Jeffrey S. Bosley

                                     Attorneys for Defendant
                                     CORPORATION SERVICE COMPANY
                                     (erroneously sued as "California Service Company")




DATED:  September 17, 2016            ARNOLD LAW FIRM
                                     JOSHUA H. WATSON


                                     By: /s/ Joshua H. Watson
                                                Joshua H. Watson

                                     Attorney for Plaintiff
                                     KASHONDA LAWSON


### ORDER

IT IS SO ORDERED.

Dated:  September 17, 2016


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE RESPONSIVE PLEADING
DWT 30225145v1 0103970-000001