IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHONDA LAWSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA SERVICE COMPANY, PAUL VITELLI, SHERRI GEBHART, SUSIE HUDSON, and DOES 1 THROUGH 50,<br><br>　　　　　Defendants. | Case No. **2:16-CV-00990-MCE-EFB**<br><br>**ORDER ON STIPULATION TO REQUEST CONTINUATION OF DISCOVERY DEADLINE** |

　　　The Court, having read and considered the stipulated request of the parties in this matter to continue the discovery deadline and related deadlines in this case, and finding good cause therefore, GRANTS the requested relief as stated below:

　　　1. The deadline to complete discovery in this matter is continued for six months, making the new deadline 11/11/17;

///

///

///

///

///

///

2. The new deadline to complete discovery shall be used as the date by which to calculate all deadlines set in the initial order by reference to the discovery cutoff date (e.g. deadline for disclosure of experts, deadline to file dispositive motions, deadline to file Notice of Trial Readiness).

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE