1  Jeffrey S. Bosley (CA State Bar No. 167629)
   Julia Brodsky (CA State Bar No. 266177)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, California 94111
   Telephone:    (415) 276-6500
4  Facsimile:    (415) 276-6599
   Email:        jeffbosley@dwt.com
5                juliabrodsky@dwt.com

6  Attorneys for Defendants
   CORPORATION SERVICE COMPANY (erroneously
7  sued as "California Service Company"), PAUL
   VITELLI, SHERRI GEBHART, SUSIE HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASHONDA LAWSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA SERVICE COMPANY, PAUL VITELLI, SHERRI GEBHART, SUSIE HUDSON, and DOES 1 THROUGH 50,<br><br>        Defendants. | No. 2:16-CV-00990-MCE-EFB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff KASHONDA LAWSON ("Plaintiff") and Defendants CORPORATION SERVICE COMPANY (erroneously sued as "California Service Company"), PAUL VITELLI, SHERRI GEBHART, AND SUSIE HUDSON (collectively "Defendants") respectfully request that the Court dismiss this action with prejudice.

The parties agree that each party will bear its own attorneys' fees and costs incurred in connection with this action.

RESPECTFULLY SUBMITTED this 13th day of June.

        Davis Wright Tremaine LLP

        By */s/ Jeffrey S. Bosley*
        Jeffrey S. Bosley (Bar No. 167629)
        505 Montgomery Street, Suite 800
        San Francisco, CA 94111
        Telephone: (415) 276-6500
        Fax: (415) 276-6599
        Email: jeffbosley@dwt.com

        Clayeo C. Arnold
        A Professional Law Corporation

        By */s/ Joshua H. Watson*
        Joshua H. Watson
        865 Howe Avenue
        Sacramento, CA 95825
        Telephone: (916) 924-3100
        Fax: (415) 924-1829
        Email: jwatson@justice4you.com

**ORDER**

Pursuant to the parties' stipulation and good cause having been shown, this matter is hereby DISMISSED with prejudice and with each side to bear its own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE AND
ORDER (2:16-CV-00990-MCE-EFB) 3
4847-1771-2970v.1 0103970-000003

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 13th day of June, 2017.

    Davis Wright Tremaine LLP
    Attorneys for Defendants Corporation Service Company (erroneously sued as "California Service Company), Paul Vitelli, Sherri Gebhart, and Susie Hudson

By */s/ Jeffrey S. Bosley*
    Jeffrey S. Bosley (Bar No. 167629)
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111
    Telephone: (415) 276-6500
    Fax: (415) 276-6599
    Email: jeffbosley@dwt.com